# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEJANDRA MARTINEZ, on her behalf and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ENERGIZER HOLDINGS, INC., a Missouri corporation, PLAYTEX PRODUCTS, LLC fka Playtex Producs, Inc, a Delaware corporation, and Intentional Infliction of Emotion Distress TANNING LABORATORIES, LLC, a Florida limited liability company,<br><br>Defendants. | 1:12-CV-1802  AWI SKO<br><br>ORDER ON PARTIES' STIPULATION |

On December 18, 2012, the parties filed a stipulation for *inter alia* a briefing schedule on a motion to dismiss.  See Doc. No. 12.  The Court will approve that stipulation.

Accordingly, IT IS HEREBY ORDERED that:

1. Defendants will move to dismiss the complaint on or before January 16, 2013;

2. Plaintiff will file an opposition to the motion to dismiss on or before February 13, 2013;

3. Defendant will file a reply on or before February 27, 2013; and

4. Hearing on the motion to dismiss will be held on March 11, 2013, at 1:30 p.m. in Courtroom No. 2.

IT IS SO ORDERED.

Dated:   December 19, 2012

UNITED STATES DISTRICT JUDGE