BONNETT, FAIRBOURN, FRIEDMAN
  & BALINT, P.C.
ELAINE A. RYAN (*Admitted Pro Hac Vice*)
PATRICIA N. SYVERSON (203111)
LINDSEY M. GOMEZ-GRAY (*Admitted Pro Hac Vice*)
2325 E. Camelback Road, Suite 300
Phoenix, AZ 85016
eryan@bffb.com
psyverson@bffb.com
lgomez-gray@bffb.com
Telephone:  (602) 274-1100
Facsimile:  (602) 274-1199

Attorneys for Plaintiff

LATHAM & WATKINS LLP
DANIEL SCOTT SCHECTER (Bar No. 171472)
*daniel.schecter@lw.com*
MICHAEL J. REISS (Bar No. 275021)
*michael.reiss@lw.com*
355 South Grand Avenue
Los Angeles, California  90071-1560
Telephone: 213.485.1234
Facsimile:  213.891.8763

Attorneys for Defendants
Energizer Holdings, Inc.

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ALEJANDRA MARTINEZ, On Behalf of Herself and All Others Similarly Situated,<br><br>        Plaintiff,<br><br>    v.<br><br>ENERGIZER HOLDINGS INC., a Missouri Corporation; PLAYTEX PRODUCTS, LLC, fka PLAYTEX PRODUCTS, INC., a Delaware Corporation; SUN PHARMACEUTICALS, LLC, a Delaware Limited Liability Company,<br><br>        Defendants. | Case No.: 1:12−CV−01802−AWI−SKO<br><br>**STIPULATION AND ORDER REGARDING FILING OF SECOND AMENDED COMPLAINT** |

Plaintiff Alejandra Martinez and Defendants Energizer Holdings, Inc., by and through their undersigned counsel of record, jointly move as follows:

WHEREAS, on August 1, 2013, Judge Ishii granted in part and denied in part Defendants' Motion to Dismiss Plaintiff's First Amended Complaint and ordered that Plaintiff file an amended complaint, if any, on or before September 3, 2013 (30 days following the Court's Order) [D.E. 50];

WHEREAS, on August 20, 2013, Defendants filed a Motion for Reconsideration of Judge Ishii's August 1, 2013 Order [D.E. 51];

WHEREAS, the parties have conferred and believe that it would be in the parties' and the Court's best interests to continue the filing of Plaintiff's amended complaint, if any, until after the Court rules on Defendants' pending Motion for Reconsideration;

NOW, THEREFORE, the parties jointly request as follows:

1. That Plaintiff has 30 days following the Court's ruling regarding Defendants' pending Motion for Reconsideration to file an amended complaint.

DATED: September 3, 2013.        BONNETT, FAIRBOURN, FRIEDMAN
                                                         & BALINT, P.C.
                                                         Patricia N. Syverson

                                              By: /s/*Patricia N. Syverson*
                                                         Attorneys for Plaintiff
                                                         Alejandra Martinez

DATED: September 3, 2013         LATHAM & WATKINS LLP
                                                         Daniel Scott Schecter
                                                         Michael J. Reiss

                                              By:   /s/*Michael J. Reiss*
                                                         Michael J. Reiss
                                                         Attorneys for Defendants
                                                         Energizer Holdings, Inc.

## **ORDER**

Pursuant to the above stipulation, Plaintiff shall file an amended complaint within 30 days of the Court's ruling on Defendants' pending Motion for Reconsideration (Doc. 51).

IT IS SO ORDERED.

Dated: **September 6, 2013**  /s/ Sheila K. Oberto
UNITED STATES MAGISTRATE JUDGE

2