1  BONNETT, FAIRBOURN, FRIEDMAN
     & BALINT, P.C.
2  ELAINE A. RYAN (*Admitted Pro Hac Vice*)
   PATRICIA N. SYVERSON (203111)
3  LINDSEY M. GOMEZ-GRAY (*Admitted Pro Hac Vice*)
   2325 E. Camelback Road, Suite 300
4  Phoenix, AZ 85016
   eryan@bffb.com
5  psyverson@bffb.com
   lgomez-gray@bffb.com
6  Telephone:  (602) 274-1100
   Facsimile:  (602) 274-1199
7
   Attorneys for Plaintiff
8

9  LATHAM & WATKINS LLP
   DANIEL SCOTT SCHECTER (Bar No. 171472)
10 *daniel.schecter@lw.com*
   MICHAEL J. REISS (Bar No. 275021)
11 *michael.reiss@lw.com*
   355 South Grand Avenue
12 Los Angeles, California  90071-1560
   Telephone: 213.485.1234
13 Facsimile:  213.891.8763

14
   Attorneys for Defendants
15 Energizer Holdings, Inc.

16
## UNITED STATES DISTRICT COURT
17
## EASTERN DISTRICT OF CALIFORNIA
18

| | |
|---|---|
| ALEJANDRA MARTINEZ, On Behalf of Herself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>ENERGIZER HOLDINGS INC., a Missouri Corporation; PLAYTEX PRODUCTS, LLC, fka PLAYTEX PRODUCTS, INC., a Delaware Corporation; SUN PHARMACEUTICALS, LLC, a Delaware Limited Liability Company,<br><br>Defendants. | Case No.: 1:12−CV−01802−AWI−SKO<br><br>**STIPULATION AND ORDER REGARDING FILING OF SECOND AMENDED COMPLAINT** |

Plaintiff Alejandra Martinez and Defendants Energizer Holdings, Inc., by and through their undersigned counsel of record, jointly move as follows:

WHEREAS, on August 1, 2013, Judge Ishii granted in part and denied in part Defendants' Motion to Dismiss Plaintiff's First Amended Complaint and ordered that Plaintiff file an amended complaint, if any, on or before September 3, 2013 (30 days following the Court's Order) [D.E. 50];

WHEREAS, on August 20, 2013, Defendants filed a Motion for Reconsideration of Judge Ishii's August 1, 2013 Order [D.E. 51];

WHEREAS, the parties have conferred and believe that it would be in the parties' and the Court's best interests to continue the filing of Plaintiff's amended complaint, if any, until after the Court rules on Defendants' pending Motion for Reconsideration;

NOW, THEREFORE, the parties jointly request as follows:

1.   That Plaintiff has 30 days following the Court's ruling regarding Defendants' pending Motion for Reconsideration to file an amended complaint.

DATED: September 3, 2013.   BONNETT, FAIRBOURN, FRIEDMAN
                                                & BALINT, P.C.
                                                Patricia N. Syverson

                                         By: /s/Patricia N. Syverson
                                                Attorneys for Plaintiff
                                                Alejandra Martinez

DATED: September 3, 2013   LATHAM & WATKINS LLP
                                                Daniel Scott Schecter
                                                Michael J. Reiss

                                         By:   /s/*Michael J. Reiss*
                                                Michael J. Reiss
                                                Attorneys for Defendants
                                                Energizer Holdings, Inc.

# **ORDER**

Pursuant to the above stipulation, Plaintiff shall file an amended complaint within 30 days of the Court's ruling on Defendants' pending Motion for Reconsideration (Doc. 51).

IT IS SO ORDERED.

Dated: **September 6, 2013**  /s/ Sheila K. Oberto
UNITED STATES MAGISTRATE JUDGE

2