**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ALEJANDRA MARTINEZ, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ENERGIZER HOLDINGS, INC., et al.,<br><br>Defendants.<br>_____/ | 1:12-cv-01802-AWI-SKO<br><br>**ORDER VACATING HEARING DATE AND TAKING MATTER UNDER SUBMISSION**<br><br>(Doc. 51) |

Defendants Energizer Holdings, Inc., et al., have filed a motion (doc. 51) for reconsideration of the Court's August 1, 2013 order (doc. 50), set for hearing on September 23, 2013. Having reviewed the pleadings of record and all competent and admissible evidence submitted, the Court finds this matter suitable for decision without oral argument. *See* Local Rule 230(g). The hearing date of September 23, 2013 is hereby VACATED and the parties shall not appear at that time. The Court will take the matter under submission and thereafter issue its decision.

IT IS SO ORDERED.

Dated: September 18, 2013

SENIOR DISTRICT JUDGE

1