1
2
3
4
5
6
7
8
9
10

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEJANDRA MARTINEZ, On Behalf of Herself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>ENERGIZER HOLDINGS INC., a Missouri Corporation; PLAYTEX PRODUCTS, LLC, fka PLAYTEX PRODUCTS, INC., a Delaware Corporation; TANNING RESEARCH LABORATORIES LLC, a Florida Limited Liability Company,<br><br>Defendants. | CASE NO. 1:12-cv-01802-AWI-SKO<br><br>**STIPULATION AND ORDER THEREON TO EXTEND DISCOVERY AND BRIEFING SCHEDULES**<br><br>Magistrate Judge Sheila K. Oberto<br><br>Action Filed: November 2, 2012<br>Amended Complaint Filed: December 3, 2012 |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
LOS ANGELES

STIPULATION AND ORDER THEREON
TO EXTEND DISCOVERY
AND BRIEFING SCHEDULES

Plaintiff Alejandra Martinez and Defendants Energizer Holdings, Inc., Playtex Products, Inc. and Tanning Research Laboratories, LLC ("Defendants") (collectively, the "Parties") jointly stipulate to extend the discovery and briefing schedules in this action.

**WHEREAS**, on October 31, 2013, the Parties filed a Joint Report (ECF No. 60) pursuant to Federal Rule of Civil Procedure 26(f) proposing discovery and briefing schedules to the Court;

**WHEREAS**, on November 8, 2013, the Court issued a Scheduling Order (ECF No. 62) setting the following discovery and briefing schedules:

| Event | Deadline |
|---|---|
| Mid-Discovery Status Report | February 4, 2014 |
| Mid-Discovery Status Conference | February 11, 2014 |
| Deadline for Class Discovery | March 24, 2014 |
| Last day for filing Class Certification Motion. Plaintiff shall simultaneously provide class expert report(s) with the motion and make expert(s) available for deposition thereafter. | April 7, 2014 |
| Last day for Plaintiff to produce and for Defendants to depose class certification experts, if any, identified in Plaintiff's Class Certification Motion. | May 7, 2014 |
| Last day for filing Opposition to Class Certification Motion. Defendants shall simultaneously provide class expert report(s) with opposition and make expert(s) available for deposition thereafter. | May 23, 2014 |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
LOS ANGELES

1

STIPULATION AND ORDER THEREON
TO EXTEND DISCOVERY
AND BRIEFING SCHEDULES

| | |
|---|---|
| Last day for Defendants to produce and for Plaintiff to depose class certification experts, if any, identified in Defendants' Class Certification Opposition. | June 23, 2014 |
| Last day for filing Reply to Class Certification Opposition | August 11, 2014 |
| Class Certification Hearing | September 8, 2014 |

**WHEREAS**, the Parties are currently exploring whether the case can be settled;

**IT IS HEREBY STIPULATED** by the Parties, by and through their counsel of record herein, as follows:

1. The above-referenced discovery and briefing schedules shall be vacated; and

2. The discovery and briefing schedules shall be as follows:

| Event | Deadline |
|---|---|
| Mid-Discovery Status Report | May 6, 2014 |
| Mid-Discovery Status Conference | May 13, 2014 |
| Deadline for Class Discovery | May 23, 2014 |
| Last day for filing Class Certification Motion. Plaintiff shall simultaneously provide class expert report(s) with the motion and make expert(s) available for deposition thereafter. | June 20, 2014 |
| Last day for Plaintiff to produce and for Defendants to depose class certification experts, if any, identified in Plaintiff's Class Certification Motion. | July 22, 2014 |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
LOS ANGELES

2

STIPULATION AND ORDER THEREON
TO EXTEND DISCOVERY
AND BRIEFING SCHEDULES

| | |
|---|---|
| Last day for filing Opposition to Class Certification Motion. Defendants shall simultaneously provide class expert report(s) with opposition and make expert(s) available for deposition thereafter. | August 5, 2014 |
| Last day for Defendants to produce and for Plaintiff to depose class certification experts, if any, identified in Defendants' Class Certification Opposition. | September 5, 2014 |
| Last day for filing Reply to Class Certification Opposition | October 24, 2014 |
| Class Certification Hearing | November 24, 2014 |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
LOS ANGELES

3

STIPULATION AND ORDER THEREON
TO EXTEND DISCOVERY
AND BRIEFING SCHEDULES

Dated:  February 3, 2014                    LATHAM & WATKINS LLP
                                             Daniel Scott Schecter
                                             Michael J. Reiss


                                        By    /s/ Michael J. Reiss
                                             Michael J. Reiss
                                             Attorneys for Defendants
                                             Energizer Holdings, Inc.


                                        BONNETT, FAIRBOURN, FRIEDMAN
                                         & BALINT, P.C.
                                             Patricia N. Syverson


                                        By    /s/ Patricia N. Syverson
                                             Patricia N. Syverson
                                             Attorneys for Plaintiff
                                             Alejandra Martinez


## ORDER

Pursuant to the parties' stipulation, the schedule in this case is modified as set forth below to allow the parties additional time to discuss settlement.

| Event | Deadline |
| --- | --- |
| Mid-Discovery Status Report | May 6, 2014 |
| Mid-Discovery Status Conference | May 13, 2014;<br>**10:00 a.m., Courtroom 7** |
| Deadline for Class Discovery | May 23, 2014 |
| Last day for filing Class Certification Motion. Plaintiff shall simultaneously provide class expert report(s) with the motion and make expert(s) available for deposition thereafter. | June 20, 2014 |
| Last day for Plaintiff to produce and for Defendants to depose class certification experts, if any, identified in Plaintiff's Class | July 22, 2014 |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
LOS ANGELES

4

STIPULATION AND ORDER THEREON
TO EXTEND DISCOVERY
AND BRIEFING SCHEDULES

| | |
|---|---|
| Certification Motion. | |
| Last day for filing Opposition to Class Certification Motion. Defendants shall simultaneously provide class expert report(s) with opposition and make expert(s) available for deposition thereafter. | August 5, 2014 |
| Last day for Defendants to produce and for Plaintiff to depose class certification experts, if any, identified in Defendants' Class Certification Opposition. | September 5, 2014 |
| Last day for filing Reply to Class Certification Opposition | October 24, 2014 |
| Class Certification Hearing | November 24, 2014; **1:30 p.m. in Courtroom 2** |

IT IS SO ORDERED.

Dated: **February 5, 2014**         /s/ Sheila K. Oberto
                                                              UNITED STATES MAGISTRATE JUDGE

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
LOS ANGELES

5

STIPULATION AND ORDER THEREON
TO EXTEND DISCOVERY
AND BRIEFING SCHEDULES