UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEJANDRA MARTINEZ, On Behalf of Herself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>ENERGIZER HOLDINGS INC., a Missouri Corporation; PLAYTEX PRODUCTS, LLC, fka PLAYTEX PRODUCTS, INC., a Delaware Corporation; TANNING RESEARCH LABORATORIES LLC, a Florida Limited Liability Company,<br><br>Defendants. | CASE NO. 1:12-CV-01802-AWI-SKO<br><br>**STIPULATION TO FURTHER EXTEND DISCOVERY AND BRIEFING SCHEDULES; ORDER THEREON**<br><br>Magistrate Judge Sheila K. Oberto<br><br>Action Filed: November 2, 2012<br>Amended Complaint Filed: December 3, 2012 |

Plaintiff Alejandra Martinez and Defendants Energizer Holdings, Inc., Playtex Products, Inc. and Tanning Research Laboratories, LLC ("Defendants") (collectively, the "Parties") jointly stipulate to extend the discovery and briefing schedules in this action.

**WHEREAS**, on October 31, 2013, the Parties filed a Joint Report (ECF # 60) pursuant to Federal Rule of Civil Procedure 26(f) proposing discovery and briefing schedules to the Court;

**WHEREAS**, on November 8, 2013, the Court issued a Scheduling Order (ECF # 62) setting the following discovery and briefing schedules:

| Event | Deadline |
| --- | --- |
| Last Day for Defendants to Respond to Plaintiff's First Set of Requests for Admissions, First Set of Requests for Productions, and First Set of Interrogatories | April 25, 2014 |
| Mid-Discovery Status Report | May 6, 2014 |
| Mid-Discovery Status Conference | May 13, 2014<br>**10:00 a.m., Courtroom 7** |
| Deadline for Class Discovery | May 23, 2014 |
| Last day for filing Class Certification Motion. Plaintiff shall simultaneously provide class expert report(s) with the motion and make expert(s) available for deposition thereafter. | June 20, 2014 |
| Last day for Plaintiff to produce and for Defendants to depose class certification experts, if any, identified in Plaintiff's Class Certification Motion. | July 22, 2014 |
| Last day for filing Opposition to Class Certification Motion. Defendants shall simultaneously provide class expert report(s) with opposition and make expert(s) available for deposition thereafter. | August 5, 2014 |

| | |
|---|---|
| Last day for Defendants to produce and for Plaintiff to depose class certification experts, if any, identified in Defendants' Class Certification Opposition. | September 5, 2014 |
| Last day for filing Reply to Class Certification Opposition | October 24, 2014 |
| Class Certification Hearing | November 24, 2014<br>**1:30 p.m., Courtroom 2** |

**WHEREAS**, the Parties are continuing to explore whether the case can be settled:

**IT IS HEREBY STIPULATED** by the Parties, by and through their counsel of record herein, as follows:

1. The above-referenced discovery and briefing schedules shall be vacated; and

2. The discovery and briefing schedules shall be as follows:

| Event | Deadline |
|---|---|
| Last Day for Defendants to Respond to Plaintiff's First Set of Requests for Admissions, First Set of Requests for Productions, and First Set of Interrogatories | June 27, 2014 |
| Mid-Discovery Status Report | July 8, 2014 |
| Mid-Discovery Status Conference | July 15, 2014 |
| Deadline for Class Discovery | July 25, 2014 |
| Last day for filing Class Certification Motion. Plaintiff shall simultaneously provide class expert report(s) with the motion and make expert(s) available for deposition thereafter. | August 22, 2014 |
| Last day for Plaintiff to produce and for Defendants to depose class certification experts, if any, identified in Plaintiff's Class Certification Motion. | September 23, 2014 |
| Last day for filing Opposition to Class Certification Motion. Defendants shall simultaneously provide class expert report(s) | October 7 2014 |

| | |
|---|---|
| with opposition and make expert(s) available for deposition thereafter. | |
| Last day for Defendants to produce and for Plaintiff to depose class certification experts, if any, identified in Defendants' Class Certification Opposition. | November 7, 2014 |
| Last day for filing Reply to Class Certification Opposition | December 19, 2014 |
| Class Certification Hearing | January 26, 2015 |

Dated: April 15, 2014

                              LATHAM & WATKINS LLP
                              Daniel Scott Schecter
                              Michael J. Reiss

                              By   /s/ Michael J. Reiss
                              Michael J. Reiss
                              Attorneys for Defendants
                              Energizer Holdings, Inc.

BONNETT, FAIRBOURN, FRIEDMAN
& BALINT, P.C.
Patricia N. Syverson

By  /s/ Patricia N. Syverson
Patricia N. Syverson
Attorneys for Plaintiff
Alejandra Martinez

## ORDER

Pursuant to the parties' stipulation, the schedule shall be modified as set forth below. To comport with the Court's calendar, the mid-discovery status conference has been set for July 10, 2014, at 10:00 a.m.; a joint mid-discovery status report shall be filed on or before July 3, 2014. Telephonic appearances for the mid-discovery status conference are encouraged and will be granted. If the parties have no issues to discuss at the conference, they may file a stipulated request that the conference be vacated.

| Event | Deadline |
|---|---|
| Last Day for Defendants to Respond to Plaintiff's First Set of Requests for Admissions, First Set of Requests for Productions, and First Set of Interrogatories | June 27, 2014 |
| Mid-Discovery Status Report | July 3, 2014 |
| Mid-Discovery Status Conference | July 10, 2014, at 10:00 a.m. |
| Deadline for Class Discovery | July 25, 2014 |
| Last day for filing Class Certification Motion. Plaintiff shall simultaneously provide class expert report(s) with the motion and make expert(s) available for deposition thereafter. | August 22, 2014 |

| | |
|---|---|
| Last day for Plaintiff to produce and for Defendants to depose class certification experts, if any, identified in Plaintiff's Class Certification Motion. | September 23, 2014 |
| Last day for filing Opposition to Class Certification Motion. Defendants shall simultaneously provide class expert report(s) with opposition and make expert(s) available for deposition thereafter. | October 7 2014 |
| Last day for Defendants to produce and for Plaintiff to depose class certification experts, if any, identified in Defendants' Class Certification Opposition. | November 7, 2014 |
| Last day for filing Reply to Class Certification Opposition | December 19, 2014 |
| Class Certification Hearing | January 26, 2015 |

IT IS SO ORDERED.

Dated: **April 24, 2014**          /s/ Sheila K. Oberto
                                    UNITED STATES MAGISTRATE JUDGE