1

2

3

4

5

6

7

8               UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11  ALEJANDRA MARTINEZ, On Behalf of<br>Herself and All Others Similarly Situated, | CASE NO. 1:12-CV-01802-AWI-SKO |
| 12 | |
| 13        Plaintiff, | **STIPULATION AND ORDER TO EXTEND** |
| 14     v. | **DISCOVERY AND BRIEFING**<br>**SCHEDULES** |
| 15  ENERGIZER HOLDINGS INC., a Missouri<br>Corporation; PLAYTEX PRODUCTS, LLC,<br>fka PLAYTEX PRODUCTS, INC., a Delaware | |
| 16  Corporation; TANNING RESEARCH<br>LABORATORIES LLC, a Florida Limited | |
| 17  Liability Company, | |
| 18        Defendants. | |

19

20        Plaintiff Alejandra Martinez and Defendants Energizer Holdings, Inc., Playtex Products,

21  Inc. and Tanning Research Laboratories, LLC ("Defendants") (collectively, the "Parties") jointly

22  stipulate to extend the discovery and briefing schedules in this action.

23        **WHEREAS**, on October 31, 2013, the Parties filed a Joint Report (ECF No. 60) pursuant

24  to Federal Rule of Civil Procedure 26(f) proposing discovery and briefing schedules to the Court;

25        **WHEREAS**, on November 8, 2013, the Court issued a Scheduling Order (ECF No. 62)

26  setting the discovery and briefing schedules;

27        **WHEREAS**, on February 3, 2014, the Parties filed a Stipulation and Proposed Order

28  (ECF No. 66) for extending the discovery and briefing schedules as the Parties engage in

1   settlement negotiations;

2   **WHEREAS**, on February 5, 2014, the Court issued a Scheduling Order (ECF No. 67)

3   resetting the discovery and briefing schedules;

4   **WHEREAS**, on April 15, 2014, the Parties filed a Stipulation and Proposed Order (ECF

5   No. 68) to further extend the discovery and briefing schedules as the Parties continued to engage

6   in settlement negotiations;

7   **WHEREAS**, on April 25, 2014, the Court issued a Scheduling Order (ECF No. 70)

8   resetting the discovery and briefing schedules as follows:

9

10

11

| Event | Deadline |
|---|---|
| Last day for Defendants to Respond to Plaintiff's First Set of Requests for Admissions, First Set of Requests for Productions, and First Set of Interrogatories | June 27, 2014 |
| Mid-Discovery Status Report | July 3, 2014 |
| Mid-Discovery Status Conference | July 10, 2014 at 10:00 a.m. |
| Deadline for Class Discovery | July 25, 2014 |
| Last day for filing Class Certification Motion. Plaintiff shall simultaneously provide class expert report(s) with the motion and make expert(s) available for deposition thereafter. | August 22, 2014 |
| Last day for Plaintiff to produce and for Defendants to depose class certification experts, if any, identified in Plaintiff's Class Certification Motion. | September 23, 2014 |
| Last day for filing Opposition to Class Certification Motion. Defendants shall simultaneously provide class expert report(s) with opposition and make expert(s) available for deposition thereafter. | October 7, 2014 |
| Last day for Defendants to produce and for Plaintiff to depose class certification experts, if any, identified in Defendants' Class Certification Opposition. | November 7, 2014 |
| Last day for filing Reply to Class Certification Opposition | December 19, 2014 |
| Class Certification Hearing | January 26, 2015 at 1:30 p.m. |

1

1      **WHEREAS**, the Parties continue to explore whether the case can be settled;

2      **IT IS HEREBY STIPULATED** by the Parties, by and through their counsel of record

3 herein, as follows:

4     1.  The above-referenced discovery and briefing schedules shall be vacated; and

5     2.  The discovery and briefing schedules shall be as follows:

6

| Event | Deadline |
|---|---|
| Last day for Defendants to Respond to Plaintiff's First Set of Requests for Admissions, First Set of Requests for Productions, and First Set of Interrogatories | August 26, 2014 |
| Mid-Discovery Status Report | September 11, 2014 |
| Mid-Discovery Status Conference | September 23, 2014 at 9:45 a.m. |
| Deadline for Class Discovery | September 23, 2014 |
| Last day for filing Class Certification Motion. Plaintiff shall simultaneously provide class expert report(s) with the motion and make expert(s) available for deposition thereafter. | October 21, 2014 |
| Last day for Plaintiff to produce and for Defendants to depose class certification experts, if any, identified in Plaintiff's Class Certification Motion. | November 21, 2014 |
| Last day for filing Opposition to Class Certification Motion. Defendants shall simultaneously provide class expert report(s) with opposition and make expert(s) available for deposition thereafter. | December 5, 2014 |
| Last day for Defendants to produce and for Plaintiff to depose class certification experts, if any, identified in Defendants' Class Certification Opposition. | January 6, 2015 |
| Last day for filing Reply to Class Certification Opposition | February 17, 2015 |
| Class Certification Hearing | March 23, 2015 at 1:30 p.m. |

25 //

26 //

27 //

28

STIPULATION AND ORDER
TO EXTEND DISCOVERY
AND BRIEFING SCHEDULES

1   Dated:  May 29, 2014                    LATHAM & WATKINS LLP
                                                Daniel Scott Schecter
2                                               Michael J. Reiss

3

4                                        By    /s/ Michael J. Reiss
                                                Michael J. Reiss
5                                               Attorneys for Defendants
                                                Energizer Holdings, Inc.
6

7                                        BONNETT, FAIRBOURN, FRIEDMAN &
                                         BALINT, P.C.
8                                               Patricia N. Syverson

9

10                                       By    /s/ Patricia N. Syverson
                                                Patricia N. Syverson
11                                              Attorneys for Plaintiff
                                                Alejandra Martinez
12

13

14                                        **ORDER**

15        Pursuant to the parties' Stipulation, IT IS HEREBY ORDERED that the discovery and

16   briefing schedules in this matter are extended in accordance with the terms of the above-

17   referenced Stipulation.

18

19
     IT IS SO ORDERED.
20

21    Dated:    **June 3, 2014**                        **/s/ Sheila K. Oberto**
                                                  UNITED STATES MAGISTRATE JUDGE
22

23

24

25

26

27

28

STIPULATION AND ORDER
TO EXTEND DISCOVERY
AND BRIEFING SCHEDULES