1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ALEJANDRA MARTINEZ, On Behalf of Herself and All Others Similarly Situated, | CASE NO. 1:12-CV-01802-AWI-SKO |
| Plaintiff, | **STIPULATION TO FURTHER EXTEND DISCOVERY AND BRIEFING SCHEDULES** |
| v. | |
| ENERGIZER HOLDINGS INC., a Missouri Corporation; PLAYTEX PRODUCTS, LLC, fka PLAYTEX PRODUCTS, INC., a Delaware Corporation; TANNING RESEARCH LABORATORIES LLC, a Florida Limited Liability Company, | |
| Defendants. | |

Plaintiff Alejandra Martinez and Defendants Energizer Holdings, Inc., Playtex Products, Inc. and Tanning Research Laboratories, LLC ("Defendants") (collectively, the "Parties") jointly stipulate to extend the discovery and briefing schedules in this action.

**WHEREAS**, on February 3, 2014, the Parties filed a Stipulation and Proposed Order to Extend the Discovery and Briefing Schedules (ECF #66) proposing discovery and briefing schedules to the Court that would permit the parties additional time during which they could explore whether the case could be settled;

**WHEREAS**, on February 5, 2014, the Court issued a Scheduling Order (ECF #67)

resetting the discovery and briefing schedules;

**WHEREAS**, on April 15, 2014, the Parties filed a Stipulation and Proposed Order (ECF #68) to further extend the discovery and briefing schedules as the Parties continued to engage in settlement negotiations;

**WHEREAS**, on April 25, 2014, the Court issued a Scheduling Order (ECF #70) resetting the discovery and briefing schedules;

**WHEREAS**, on May 29, 2014, the Parties filed a Stipulation and Proposed Order (ECF #71) to once again extend the discovery and briefing schedules as the Parties continued to further engage in settlement negotiations;

**WHEREAS**, on June 3, 2014, the Court issued a Scheduling Order (ECF #72) resetting the discovery and briefing schedules as follows;

| Event | Deadline |
| --- | --- |
| Last Day for Defendants to Respond to Plaintiff's First Set of Requests for Admissions, First Set of Requests for Productions, and First Set of Interrogatories | August 26, 2014 |
| Mid-Discovery Status Report | September 11, 2014 |
| Mid-Discovery Status Conference | September 23, 2014 at 10:00 a.m. |
| Deadline for Class Discovery | September 23, 2014 |
| Last day for filing Class Certification Motion. Plaintiff shall simultaneously provide class expert report(s) with the motion and make expert(s) available for deposition thereafter. | October 21, 2014 |
| Last day for Plaintiff to produce and for Defendants to depose class certification experts, if any, identified in Plaintiff's Class Certification Motion. | November 21, 2014 |
| Last day for filing Opposition to Class Certification Motion. Defendants shall simultaneously provide class expert report(s) with opposition and make expert(s) available for deposition thereafter. | December 5, 2014 |
| Last day for Defendants to produce and for Plaintiff to depose class certification experts, if any, identified in Defendants' Class Certification Opposition. | January 6, 2015 |

STIPULATION TO EXTEND DISCOVERY
AND BRIEFING SCHEDULES

| | |
|---|---|
| Last day for filing Reply to Class Certification Opposition | February 17, 2015 |
| Class Certification Hearing | March 23, 2015 at 1:30 p.m. |

**WHEREAS**, the Parties are continuing with their efforts to finalize a settlement and are in the process of negotiating a written settlement agreement;

**IT IS HEREBY STIPULATED** by the Parties, by and through their counsel of record herein, as follows:

1.  The above-referenced discovery and briefing schedules shall be vacated; and

2.  The discovery and briefing schedules shall be as follows:

| Event | Deadline |
|---|---|
| Last Day for Defendants to Respond to Plaintiff's First Set of Requests for Admissions, First Set of Requests for Productions, and First Set of Interrogatories | October 10, 2014 |
| Mid-Discovery Status Report | October 27, 2014 |
| Mid-Discovery Status Conference | November 7, 2014 at 9:45 a.m. |
| Deadline for Class Discovery | November 7, 2014 |
| Last day for filing Class Certification Motion. Plaintiff shall simultaneously provide class expert report(s) with the motion and make expert(s) available for deposition thereafter. | December 5, 2014 |
| Last day for Plaintiff to produce and for Defendants to depose class certification experts, if any, identified in Plaintiff's Class Certification Motion. | January 5, 2015 |
| Last day for filing Opposition to Class Certification Motion. Defendants shall simultaneously provide class expert report(s) with opposition and make expert(s) available for deposition thereafter. | January 19, 2015 |
| Last day for Defendants to produce and for Plaintiff to depose class certification experts, if any, identified in Defendants' Class Certification Opposition. | February 20, 2015 |
| Last day for filing Reply to Class Certification Opposition | April 3, 2015 |
| Class Certification Hearing | May 7, 2015 at 1:30 p.m. |

STIPULATION TO EXTEND DISCOVERY
AND BRIEFING SCHEDULES

1

2   Dated: July 31, 2014                    LATHAM & WATKINS LLP
                                                Daniel Scott Schecter
3                                               Michael J. Reiss

4                                         By   /s/ Michael J. Reiss
                                                Michael J. Reiss
5                                               Attorneys for Defendants
                                                Energizer Holdings, Inc.
6

7                                         BONNETT, FAIRBOURN, FRIEDMAN &
                                          BALINT, P.C.
8                                               Patricia N. Syverson

9

10                                        By   /s/ Patricia N. Syverson
                                                Patricia N. Syverson
11                                              Attorneys for Plaintiff
                                                Alejandra Martinez
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION TO EXTEND DISCOVERY
AND BRIEFING SCHEDULES

**ORDER**

Pursuant to the parties' Stipulation, for good cause shown and to allow the parties to finalize their settlement discussions, the discovery and briefing schedule in this matter is AMENDED as follows:

| Event | Deadline |
|---|---|
| Last Day for Defendants to Respond to Plaintiff's First Set of Requests for Admissions, First Set of Requests for Productions, and First Set of Interrogatories | October 10, 2014 |
| Mid-Discovery Status Report | October 23, 2014 |
| Mid-Discovery Status Conference | October 30, 2014 at 10:45 a.m. |
| Deadline for Class Discovery | November 7, 2014 |
| Last day for filing Class Certification Motion. Plaintiff shall simultaneously provide class expert report(s) with the motion and make expert(s) available for deposition thereafter. | December 5, 2014 |
| Last day for Plaintiff to produce and for Defendants to depose class certification experts, if any, identified in Plaintiff's Class Certification Motion. | January 5, 2015 |
| Last day for filing Opposition to Class Certification Motion. Defendants shall simultaneously provide class expert report(s) with opposition and make expert(s) available for deposition thereafter. | January 19, 2015 |
| Last day for Defendants to produce and for Plaintiff to depose class certification experts, if any, identified in Defendants' Class Certification Opposition. | February 20, 2015 |
| Last day for filing Reply to Class Certification Opposition | April 3, 2015 |
| Class Certification Hearing | May 11, 2015 at 1:30 p.m. |

IT IS SO ORDERED.

Dated:   __**August 5, 2014**__          _____/s/ Sheila K. Oberto_____
                                      UNITED STATES MAGISTRATE JUDGE