# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEJANDRA MARTINEZ, On Behalf of Herself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>ENERGIZER HOLDINGS INC., a Missouri Corporation; PLAYTEX PRODUCTS, LLC, fka PLAYTEX PRODUCTS, INC., a Delaware Corporation; TANNING RESEARCH LABORATORIES LLC, a Florida Limited Liability Company,<br><br>Defendants. | CASE NO. 1:12-CV-01802-AWI-SKO<br><br>**ORDER OF DISMISSAL**<br><br>Judge: Hon. Anthony W. Ishii<br><br>Action Filed: November 2, 2012<br>Amended Complaint Filed: December 3, 2012 |

Having reviewed and considered the Joint Stipulation of Dismissal With Prejudice Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), and good cause appearing, **IT IS HEREBY ORDERED** as follows:

1.  The Action is dismissed with prejudice; and
2.  Each of the Parties shall bear their own costs and attorneys' fees incurred in this Action.

IT IS SO ORDERED.

Dated:  November 26, 2014                         _____
                                                 SENIOR  DISTRICT  JUDGE